# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 08-20472  drd13 |
| RODNEY DWAYNE CRABTREE | ) | |
| Debtor | ) | |
| | ) | |
| RODNEY DWAYNE CRABTREE | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary No. 13-2025  drd |
| | ) | |
| GREEN TREE SERVICING, LLC | ) | |
| Defendant | ) | |

**STATEMENT UNDER RULE 7007.1 FOR GREEN TREE SERVICING, LLC**

Green Tree Servicing LLC is a limited liability company organized and existing under the laws of the State of Delaware. It is a wholly owned subsidiary of Walter Investment Management Corp., a publicly traded corporation.

THE WASINGER LAW GROUP, P.C.

By:   /s/  David G. Wasinger
David G. Wasinger, # 38253
James S. Cole, # 26787
1401 S. Brentwood, Suite 875
St. Louis, MO   63144
(314) 961-0400; fax (314) 961-2726
jcole@wasingerlawgroup.com

Attorneys for Green Tree Servicing, LLC

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served by ECF Notice of Electronic Filing on the persons below who participate in the ECF System and by first-class mail, postage prepaid, on all remaining persons below on July 16, 2013.

                                      /s/ David G. Wasinger

Michael W. McCrary, Esq.         Attorney for Plaintiff
Kespohl, McCrary, & Cornejo, L.L.C.
1103 East Walnut St.
Columbia, MO   65201