# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| IN RE: ) | |
| RODNEY DWAYNE CRABTREE, ) | Case Number: 08-20472-drd13 |
| ) | |
| Debtor. ) | |

_____

| | |
|---|---|
| RODNEY DWAYNE CRABTREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No.: 13-02025-drd |
| v. ) | |
| ) | |
| GREEN TREE SERVICING, LLC, ) | |
| ) | |
| Defendant ) | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby moves to dismiss this Adversary Proceeding with prejudice.

**DEBT RELIEF LAW CENTER OF MISSOURI**

Respectfully submitted,

Kespohl, McCrary, & Cornejo, LLC

October 8, 2013            /s/ Michael W. McCrary
Michael W. McCrary, Esq.  #52878
1103 East Walnut Street
Columbia, MO 65201
Telephone:   (573) 443-2889
Facsimile:   (573) 443-3889
mccrarylawecf@yahoo.com
**ATTORNEY FOR PLAINTIFF**

1